**Opinion issued March 8, 2018**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-17-00894-CR

## NO. 01-17-00895-CR

———————————

## IN RE JAMES FLOWERS, Relator

———

### Original Proceeding on Petition for Writ of Mandamus

———

### MEMORANDUM OPINION

Relator, James Flowers, has filed a "Defendant's Writ of Exigi Facias and Writ of Mandamus for Failure to Comply with T.C.C.P. Article 11.15," which we consider as a petition for a writ of mandamus. *See* TEX. GOV'T CODE ANN. § 22.221(a) (West Supp. 2017) (providing court of appeals may issue writ of mandamus and "other writs necessary to enforce the jurisdiction of the court"). Relator seeks issuance of the writ to compel the trial court, in the underlying

proceedings, to issue a writ of habeas corpus for relator's release on his own recognizance.[1]

We deny the petition.

**PER CURIAM**

Panel consists of Justices Bland, Lloyd, and Caughey.

Do not publish.   TEX. R. APP. P. 47.2(b).

---

[1] The underlying causes are *The State of Texas v. James Flowers*, cause numbers 1488658 and 1466926, in the 339th District Court of Harris County, Texas, the Honorable Maria T. Jackson presiding.